IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTONIA ROBLES, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6314 |
| v. | ) ) | Judge Lindberg |
| JUNE WING d/b/a Secured Parking, | ) ) | Judge Brown |
| Defendant. | ) ) | |

**CERTIFICATE OF SERVICE**

  I, Remell Flakes, paralegal, hereby certifies under penalties of perjury under 28 U.S.C. § 1746 that on December 18, 2007, I electronically filed the attached *Executed Waiver of Service of Summons on Behalf of June Wing d/b/a Secured Parking*, with the Clerk of the Court using the CM/ECF system.

                /s/ Remell Flakes