## **CERTIFICATE OF SERVICE**

I, Andrew S. Marovitz, an attorney, hereby certify that, on January 28, 2008, I caused a copy of the foregoing **Defendant June Wing's Answer & Additional Defenses** to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel for plaintiff Antonia Robles:

Lance A. Raphael<br>
Stacy M. Bardo<br>
Allison Krumhorn<br>
The Consumer Advocacy Center, P.C.<br>
180 W. Washington St., Ste. 700<br>
Chicago, Illinois  60602

By:  /s/ Andrew S. Marovitz
      Counsel for Defendant June Wing