## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ANTONIA ROBLES, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6314 |
| v. | ) ) | Judge Lindberg |
| JUNE WING d/b/a Secured Parking, READY CASH, INC., and SCOTT HENRICHS, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   See Certificate of Service

PLEASE TAKE NOTICE that on February 6, 2008, the undersigned counsel filed Plaintiff's *First Amended Class Action Complaint*, a copy of which is attached and hereby served upon you.

Respectfully submitted,


/s/ Lance A. Raphael_____
One of Plaintiff's Attorneys


Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808

## CERTIFICATE OF SERVICE

I, Kym Lozano, paralegal, hereby certify under penalties of perjury according to 28 U.S.C. § 1748 that on February 6, 2008, I electronically filed the attached *First Amended Class Action Complaint*, with the Clerk of the Court using the CM/ECF system, which provides electronic notice to the following counsel of record:

Andrew S. Marovitz
Mayer Brown L.L.P.
71 South Wacker Drive
Chicago, IL 60606

/s/ Kym Lozano