AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

ANTONIA ROBLES, individually and on behalf of all
others similarly situated,

     Plaintiff,

          V.

JUNE WING d/b/a Secured Parking, READY CASH, INC.,
and SCOTT HENRICHS,

     Defendants.

| | |
|---|---|
| CASE NUMBER: | 07 C 6314 |
| ASSIGNED JUDGE: | Judge Lindberg |
| DESIGNATED MAGISTRATE JUDGE: | |

     TO: (Name and address of Defendant)

Scott Henrichs
143 Eastview Dr.
Normal, IL 61761-2438

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lance A. Raphael
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602-2318

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

                                        FEB 0 7 2008

(By) DEPUTY CLERK                                       DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 2/13/08 |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE Private Detective |

*Check one box below to indicate appropriate method of service*

(G) Served personally upon the defendant.  Place where served: 143 Eastview Dr. Normal, IL 61761

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G Returned unexecuted: _____

_____

_____

G Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL 0.00 | SERVICES 65.00 | TOTAL 65.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/13/08
          *Date*

*Signature of Server*

P.O. Box 863 Normal, IL 61761
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.