**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)     TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES     NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES     NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES     NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES     NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.   RETAINED COUNSEL     APPOINTED COUNSEL |

## CERTIFICATE OF SERVICE

Craig A. Varga, an attorney, hereby certifies that a true and correct copy of the foregoing **Appearance** was served electronically upon counsel of record:

Lance A. Raphael (lance@caclawyers.com)
Allison Amy Krumhorn (Allison@caclawyers.com)
Stacy Michelle Bardo (stacy@caclawyers.com)
Andrew Stanley Marovitz (courtnotification@mayerbrown.com)

by the filing of said document through the Court's electronic filing system this 6th day of March, 2008.

s/ Craig A. Varga