IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTONIA ROBLES, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 07 C 6314 |
| JUNE WING d/b/a Secured Parking, READY CASH, INC., and SCOTT HENRICHS, | ) ) ) | Judge Lindberg |
| Defendants. | ) | |

**DEFENDANTS READY CASH, INC. AND SCOTT HENRICHS'
(AGREED) MOTION FOR EXTENSION OF TIME TO FILE
RESPONSIVE PLEADINGS TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants, Ready Cash, Inc. and Scott Henrichs ("Defendants"), by their attorneys, move for an extension of time to file their responsive pleadings to Plaintiff's first amended complaint up to and including March 19, 2008. In support of their motion, Defendants state as follows:

1. Defendants have just recently been served and retained counsel in this matter.

2. Defendants require additional time to investigate the allegations and asserted claims of Plaintiff's first amended complaint and to research and formulate their responsive pleadings.

3. Plaintiff agrees to Defendants' request.

WHEREFORE, Defendants Ready Cash, Inc. and Scott Henrichs, respectfully request an extension of time, to and including March 19, 2008, to file their responsive pleadings to Plaintiff's first amended complaint.

Dated: March 6, 2008

READY CASH, INC. and SCOTT HENRICHS,
Defendants

By: s/Craig A. Varga
One of their Attorneys

Craig A. Varga
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue - Suite 350
Chicago, Illinois   60604
(312) 341-9400

## CERTIFICATE OF SERVICE

Craig A. Varga, an attorney, hereby certifies that a true and correct copy of the foregoing **Defendant Ready Cash, Inc. and Scott Henrichs' (Agreed) Motion For Extension of Time to File Responsive Pleadings to Plaintiff's First Amended Complaint** was served electronically upon counsel of record:

Lance A. Raphael (lance@caclawyers.com)
Allison Amy Krumhorn (Allison@caclawyers.com)
Stacy Michelle Bardo (stacy@caclawyers.com)
Andrew Stanley Marovitz (courtnofication@mayerbrown.com)

by the filing of said document through the Court's electronic filing system this 6th day of March, 2008.

s/ Craig A. Varga