**IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANTONIA ROBLES, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 07 C 6314 |
| JUNE WING d/b/a Secured Parking, READY CASH, INC., and SCOTT HENRICHS, | ) ) ) | Judge Lindberg |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

To:   Lance A. Raphael           Andrew Stanley Marovitz
       Allison Amy Krumhorn      Mayer Brown LLP
       Stacy Michelle Bardo        71 South Wacker Drive
       Consumer Advocacy Center   Chicago, Illinois  60606
       180 West Washington
       Suite 700
       Chicago, Illinois  60602

PLEASE TAKE NOTICE that I shall appear before the Honorable George W. Lindberg, or any judge sitting in his stead in Room 1425 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, on Wednesday, March 19, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached **Defendants Ready Cash, Inc. and Scott Henrichs' (Agreed) Motion for Extension of Time to File Responsive Pleadings to Plaintiff's First Amended Complaint**, copies of which were previously served upon you.

Dated:  March 6, 2008          READY CASH, INC. and SCOTT HENRICHS,
                              Defendants


                              By: s/Craig A. Varga
                                One of their Attorneys

Craig A. Varga
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue - Suite 350
Chicago, Illinois   60604
(312) 341-9400

<u>**CERTIFICATE OF SERVICE**</u>

      Craig A. Varga, an attorney, hereby certifies that a true and correct copy of the foregoing

**Notice of Motion** was served electronically upon counsel of record:

Lance A. Raphael (lance@caclawyers.com)
Allison Amy Krumhorn (Allison@caclawyers.com)
Stacy Michelle Bardo (stacy@caclawyers.com)
Andrew Stanley Marovitz (courtnofication@mayerbrown.com)

by the filing of said document through the Court's electronic filing system this 6th day of March,

2008.

s/ Craig A. Varga