## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6314 | **DATE** | 3/6/2008 |
| **CASE TITLE** | Robles v. Wing, et al. | | |

**DOCKET ENTRY TEXT**

Defendants Ready Cash, Inc. and Scott Henrichs' agreed motion for extension of time to file responsive pleadings to plaintiff's first amended complaint [21] is granted. Responsive pleadings are due 3/19/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|