IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTONIA ROBLES, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6314 |
| v. | ) ) | Judge Lindberg |
| JUNE WING d/b/a Secured Parking, READY CASH, INC., and SCOTT HENRICHS, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   See Certificate of Service

PLEASE TAKE NOTICE that on Wednesday, April 23, 2008 at 9:30 a.m., Plaintiff's counsel will appear before the Honorable Judge Lindberg, presiding in Courtroom 1425 of the Everett McKinley Dirksen Federal Building, and then and there present the attached ***Motion for Leave to File a Second Amended Complaint to Substitute Parties***, a copy of which is hereby served upon you.

Respectfully submitted,

By: /s/ Lance A. Raphael
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808

## CERTIFICATE OF SERVICE

I, Kym Lozano, hereby certify under penalties of perjury according to 28 U.S.C. § 1748 that on April 11, 2008, I electronically filed the attached *Motion for Leave to File a Second Amended Complaint to Substitute Parties*, with the Clerk of the Court using the CM/ECF system, which provides electronic notice to the following counsel of record:

Andrew S. Marovitz
Mayer Brown L.L.P.
71 South Wacker Drive
Chicago, IL 60606

Craig A. Varga
Varga, Berger, Ledsky, Hayes & Casey
224 South Michigan Avenue, Suite 350
Chicago, IL 60604

/s/ Kym Lozano
Kym Lozano, paralegal