IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| ANTONIA ROBLES, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6314 |
| v. | ) ) | Judge Lindberg |
| JUNE WING d/b/a Secured Parking, READY CASH, INC., and SCOTT HENRICHS, | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT JUNE WING D/B/A SECURED PARKING

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Antonia Robles, on the one hand, and Defendant June Wing d/b/a Secured Parking ("Wing"), on the other, hereby stipulate and agree as follows:

1.  Based on the Affidavit executed by June Wing and provided to counsel for Plaintiff, Plaintiff has agreed to voluntarily dismiss her claims against Wing, as prescribed by Rule 41(a)(1).

2.  In the Affidavit, June Wing has warranted and represented that she (1) was never the operator of the ATM at issue in this action, (2) did not install the ATM, (3) was not responsible for maintaining the ATM, (4) could never open the ATM, (5) could never place money into the ATM for others' withdrawal, (6) could never program the ATM, and (7) did not prepare the language contained on the receipts generated by the ATM.

3.  Should Plaintiff learn material facts that contradict the statements provided in the Affidavit, the parties agree that the claims raised against Wing in the original Complaint may be

reinstated at any time and those claims will, for purposes of the statute of limitations, be deemed to relate back to the date of filing of the original Complaint.

    4.    This voluntary dismissal shall apply to *Robles v. Wing et al.*, 07 C 6314, in its current or any amended form, including but not limited to the action with its proposed new caption, *Ortiz et al. v. Wing et al.*, 07 C 6314, as a result of Plaintiff's counsel's motion for leave to file a Second Amended Class Action Complaint identifying Ms. Robles' executor and a new plaintiff (Docket Nos. 26, 27).

Respectfully submitted,

By: /s/ Stacy M. Bardo
One of the Attorneys for Plaintiff
Antonia Robles, Blanca Ortiz, Executor
of the Estate of Antonia Robles &
Christopher Armes
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808
stacy@caclawyers.com

By: /s/ Andrew S. Marovitz
One of Defendant Wing's Attorneys
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
amarovitz@mayerbrown.com