IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| ANTONIA ROBLES, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 07 C 6314 |
| v. ) ) | Judge Lindberg |
| JUNE WING d/b/a Secured Parking, ) READY CASH, INC., and SCOTT HENRICHS, ) ) | |
| Defendants. ) | |

### NOTICE OF FILING

To:   See Certificate of Service

PLEASE TAKE NOTICE that on April 17, 2008, the undersigned counsel filed a *Stipulation of Voluntary Dismissal of Defendant June Wing d/b/a Secured Parking*, a copy of which is attached and hereby served upon you.

Respectfully submitted,


/s/ Stacy M. Bardo
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808

## CERTIFICATE OF SERVICE

      I, Sherry Joseph, hereby certify under penalties of perjury according to 28 U.S.C. § 1748 that on April 17, 2008, I electronically filed the attached *Stipulation of Voluntary Dismissal of Defendant June Wing d/b/a Secured Parking*, with the Clerk of the Court using the CM/ECF system, which provides electronic notice to the following counsel of record:

                Andrew S. Marovitz
                Mayer Brown LLP
                71 South Wacker Drive
                Chicago, IL 60606

                Craig A. Varga
          Varga, Berger, Ledsky, Hayes & Casey
          224 South Michigan Avenue, Suite 350
                Chicago, IL 60604

                                          /s/ Sherry Joseph
                                          Sherry Joseph, paralegal