## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6314 | **DATE** | 4/18/2008 |
| **CASE TITLE** | Robles vs. Wing | | |

**DOCKET ENTRY TEXT**

The motion for leave to file a Second Amended Complaint [26] is granted. Plaintiffs are ordered to file their Second Amended Complaint as an independent docket entry.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|