## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6314 | **DATE** | 4/18/2008 |
| **CASE TITLE** | Antonia Robles vs. June Wing | | |

**DOCKET ENTRY TEXT**

By stipulation of the parties defendant June Wing D/B/A Secured Parking is dismissed as a named defendant.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|