IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLANCA ORTIZ, Executor on behalf of the ESTATE OF ANTONIA ROBLES, deceased, and CHRISTOPHER ARMES, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>READY CASH, INC., and SCOTT HENRICHS,<br><br>　　　　Defendants. | Case No. 07 C 6314<br><br>Judge Lindberg<br>Magistrate Judge Brown |

## NOTICE OF FILING

To:    See Certificate of Service

PLEASE TAKE NOTICE that on April 24, 2008, the undersigned counsel filed Plaintiffs' ***Second Amended Complaint***, a copy of which is attached and hereby served upon you.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　By: /s/ Lance A. Raphael
　　　　　　　　　　　　　　　　　　　One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808

## CERTIFICATE OF SERVICE

I, Kym Lozano, paralegal, hereby certify under penalties of perjury according to 28 U.S.C. § 1748 that on April 24, 2008, I electronically filed the attached ***Second Amended Complaint***, with the Clerk of the Court using the CM/ECF system, which provides electronic notice to the following counsel of record:

Andrew S. Marovitz
Mayer Brown L.L.P.
71 South Wacker Drive
Chicago, IL 60606

Craig A Varga
Varga, Berger, Ledsky, Hayes & Casey
224 South Michigan Avenue
Suite 350
Chicago IL 60604-2507

/s/ Kym Lozano