## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6314 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Ortiz vs. Ready Cash | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 5/21/2008.  Answer to the amended complaint to be filed on or before 5/14/2008.   Close of discovery set for 9/3/2008.  Discovery hearing set for 8/13/2008 at 9:30a.m.  Motion for summary judgment due 9/24/2008.  Response to the motion for summary judgment due 10/8/2008.  Reply due 10/15/2008.  Ruling on the motion for summary judgment set for 11/12/2008 at 9:30a.m.  Proposed final pretrial order to be submitted to chambers by 2:00p.m. on 11/24/2008.  Jury trial set for 12/1/2008 at 10:00a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SLB |
|---|---|---|