UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Blanca Ortiz, et al.
                          Plaintiff,

v.                                              Case No.: 1:07−cv−06314
                                                           Honorable George W. Lindberg

Ready Cash, Inc., et al.
                          Defendant.


**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Geraldine Soat Brown for the purpose of holding a settlement conference. (slb, )Mailed notice.


Dated: May 21, 2008

                                                                 /s/ George W. Lindberg

                                                                  United States District Judge