## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Blanca Ortiz, et al.

                              Plaintiff,

v.                                              Case No.: 1:07−cv−06314
                                                Honorable George W. Lindberg

Ready Cash, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2008:

        MINUTE entry before the Honorable Geraldine Soat Brown:Status hearing held. Settlement conference set for 07/21/08 at 10:30 a.m. Plaintiffs shall serve the settlement letter on defendant pursuant to paragraph one of this Court's standing order for settlement conference by 06/30/08. The defendant shall serve the responsive letter to the plaintiffs' settlement letter by 07/11/08. Plaintiffs' counsel shall fax or deliver copies of the letters to this Court courtroom deputy by 07/16/08. Scott J. Helfand is given leave to file his appearance on behalf of the defendant.Notice mailed by judge's staff(ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.