U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　　　Case Number: 07 C 6314

ANTONIA ROBLES,　　　　Plaintiff,
　　v.
JUNE WING d/b/a Secured Parking, READY CASH, INC., and
SCOTT HENRICHS,
　　　　　　　　　　　Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ready Cash, Inc., Defendant

Scott Henrichs, Defendant

| NAME (Type or print) |
| --- |
| Scott J. Helfand |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Scott J. Helfand |
| FIRM |
| Varga Berger Ledsky Hayes & Casey |
| STREET ADDRESS |
| 224 South Michigan Avenue, Suite 350 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6283064 | (312) 341-9400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

Scott J. Helfand, an attorney, hereby certifies that a true and correct copy of the foregoing Appearance was served electronically upon counsel of record:

Lance A. Raphael (lance@caclawyers.com)
Allison Amy Krumhorn (Allison@caclawyers.com)
Stacy Michelle Bardo (stacy@caclawyers.com)
Andrew Stanley Marovitz (courtnotification@mayerbrown.com)

by filing of said document through the Court's electronic filing system this 30th day of May, 2008.

s/ Scott J. Helfand