**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Blanca Ortiz, et al.
        Plaintiff,

v.                 Case No.: 1:07−cv−06314
                Honorable George W. Lindberg

Ready Cash, Inc., et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

  MINUTE entry before the Honorable George W. Lindberg: The status hearing scheduled for 7/23/2008 is stricken. The discovery hearing scheduled for 8/13/2008 is stricken. Status hearing set for 8/13/2008 at 9:30a.m. In the event that the parties file a stipulation to dismiss prior to 8/13/2008, the status hearing date will be stricken. No court appearance required on 7/23/2008.Mailed notice(slb, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.