IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| BLANCA ORTIZ, Executor on behalf of the ESTATE OF ANTONIA ROBLES, deceased, and CHRISTOPHER ARMES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>READY CASH, INC., and SCOTT HENRICHS,<br><br>Defendants. | Case No. 07 C 6314<br><br>Judge Lindberg<br>Magistrate Judge Brown |

## STIPULATION TO DISMISS DEFENDANTS PURSUANT TO SETTLEMENT

1. Plaintiffs Blanca Ortiz, Executor on behalf of the Estate of Antonia Robles, deceased, and Christopher Armes, on the one hand, and Defendants Ready Cash, Inc. and Scott Henrichs, on the other, have individually resolved their claims pursuant to settlement.

2. Although Plaintiffs' Complaint alleged claims on behalf of a class, information exchanged between the parties has led Plaintiffs to determine that certification is not worthwhile to pursue against Defendants in this case. No notice has been sent to the putative class members with regard to the claims against Defendants. As such, there is no possible prejudice to absent potential class members and therefore no possibility that any such absent class members have relied upon this action. As a result, it is submitted that no notice to the putative class is required under Fed. R. Civ. P. 23(e).

WHEREFORE, Plaintiffs respectfully request that the proposed order, attached as Exhibit A be entered, dismissing Plaintiffs' individual claims with prejudice, and dismissing any asserted claims of unnamed putative class members without prejudice.

3

Respectfully submitted,

By: /s/ Stacy M. Bardo
One of Plaintiffs' Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, Illinois 60602
(312) 782-5808

4