# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

BLANCA ORTIZ, Executor on behalf of the )
ESTATE OF ANTONIA ROBLES, deceased, )
and CHRISTOPHER ARMES, individually and )
on behalf of all others similarly situated, ) Case No. 07 C 6314
)
　　　　　Plaintiffs, ) Judge Lindberg
) Magistrate Judge Brown
v. )
)
READY CASH, INC., and SCOTT HENRICHS, )
)
　　　　　Defendants. )

## ORDER OF DISMISSAL

Plaintiffs Blanca Ortiz, Executor on behalf of the Estate of Antonia Robles, deceased, and Christopher Armes, on the one hand, and Defendants Ready Cash, Inc. and Scott Henrichs, on the other, having resolved all claims between them on an individual basis pursuant to settlement, IT IS HEREBY ORDERED:

(1)　All claims in this litigation brought by the Plaintiffs in their individual capacities are hereby dismissed with prejudice.

(2)　All claims in this litigation brought by Plaintiff Christopher Armes in his capacity as a representative for the putative class, which was not certified, are hereby dismissed without prejudice.

　　　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable George W. Lindberg