IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| BLANCA ORTIZ, Executor on behalf of the ESTATE OF ANTONIA ROBLES, deceased, and CHRISTOPHER ARMES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>READY CASH, INC., and SCOTT HENRICHS,<br><br>Defendants. | Case No. 07 C 6314<br><br>Judge Lindberg<br>Magistrate Judge Brown |

### NOTICE OF FILING

TO:   See Certificate of Service

PLEASE TAKE NOTICE that on August 26, 2008, Plaintiffs' counsel filed the attached ***Stipulation to Dismiss Defendants Pursuant to Settlement***, a copy of which is attached hereto and hereby served upon you.

                          Respectfully submitted,

                          By: /s/ Stacy M. Bardo
                          One of Plaintiffs' Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, Illinois 60602
(312) 782-5808

1

## CERTIFICATE OF SERVICE

I, Sherry Joseph, a paralegal, hereby certify under penalties of perjury according to 28 U.S.C. § 1746 that on August 26, 2008, I filed the attached *Stipulation to Dismiss Defendants Pursuant to Settlement*, using the CM/ECF system, which provides notice to:

> Craig A. Varga
> Varga, Berger, Ledsky, Hayes & Casey
> 224 South Michigan Avenue
> Suite 350
> Chicago, IL 60604-2507

<u>/s/ Sherry Joseph</u>