UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Blanca Ortiz, et al.
                        Plaintiff,

v.                                               Case No.: 1:07−cv−06314
                                                      Honorable George W. Lindberg

Ready Cash, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable George W. Lindberg: All claims in this litigation brought by the Plaintiffs in their individual capacities are hereby dismissed with prejudice. All claims in this litigation brought by Plaintiff Christopher Armes in his capacity as a representative for the putative class, which was not certified, are hereby dismissed without prejudice. The status hearing scheduled for 8/27/2008 is stricken. Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.